# Court of Appeals
# of the State of Georgia

ATLANTA, October 17, 2012

*The Court of Appeals hereby passes the following order*

**A13I0032. THE COLONY (GFI), LLC v. DENISE WARD .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

10A31017



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 17, 2012.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*